UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80157-CIV-RYSKAMP/VITUNAC
Case No. 06-80489-CIV-RYSKAMP/VITUNAC

IN RE: ADLER, COLEMAN CLEARING
CORP.,

    Debtor.
_____/

EDWIN B. MISHKIN, AS SIPA TRUSTEE
FOR THE LIQUIDATION OF THE
BUSINESSES OF ADLER,
COLEMAN CLEARING CORP.,

    Plaintiff,        Case No. 06-80157-CIV-RYSKAMP/VITUNAC

vs.

JEANNINE GURIAN, JEANNINE GURIAN
TRUST NUMBER ONE, RICHARD
GURIAN, PHILIP GURIAN, TALLY GROUP,
S.A., ROCENA CO., LTD., UBIQUITY
HOLDINGS, LTD., MARAVAL AND
ASSOCIATES, CASPIAN CONSULTING,
LTD., and BARUMAN LTD.

    Defendants.
_____/

EDWIN B. MISHKIN, AS SIPA TRUSTEE
FOR THE LIQUIDATION OF THE
BUSINESSES OF ADLER,
COLEMAN CLEARING CORP.,

    Plaintiff,

vs.        Case No. 06-80489-CIV-RYSKAMP/VITUNAC

JEANNINE GURIAN.

1

Defendants.
_____/

EDWIN B. MISHKIN, AS SIPA TRUSTEE
FOR THE LIQUIDATION OF THE
BUSINESSES OF ADLER,
COLEMAN CLEARING CORP.,

      Plaintiff,

vs.                          Case No. 06-80576-CIV-RYSKAMP/VITUNAC

JEANNINE GURIAN TRUST NUMBER
ONE, RICHARD GURIAN, PHILIP GURIAN

      Defendants.
_____/

EDWIN B. MISHKIN, AS SIPA TRUSTEE
FOR THE LIQUIDATION OF THE
BUSINESSES OF ADLER,
COLEMAN CLEARING CORP.,

      Plaintiff

vs.                          Case No. 07-80115-CIV-RYSKAMP/VITUNAC

PHILLIP GURIAN, TALLY GROUP,
S.A., ROCENA CO., LTD., UBIQUITY
HOLDINGS, LTD., MARAVAL AND
ASSOCIATES, CASPIAN CONSULTING,
LTD., and BARUMAN LTD

      Defendants
_____/

## **ORDER OF CONSOLIDATION**

      THIS CAUSE comes before the Court *sua sponte*. Upon examination of the record, the

Court finds that consolidation of cases numbered 06-80157-CIV-RYSKAMP and 06-80489-CIV-

RYSKAMP is appropriate in this particular situation.[1]

The Federal Rules of Civil Procedure provide that:

> [w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a). Under Rule 42(a), this Court has broad discretion to consolidate cases pending within its district. See *Hargett v. Valley Fed'l Savings Bank*, 60 F.3d 754, 765 (11th Cir. 1995). Consolidation is recognized as benefitting the court and the parties by expediting pretrial proceedings, reducing case duplication, and minimizing the expenditure of time and money by all persons concerned.

The actions currently before the Court are ideally situated for consolidation. The complaints present similar claims for relief based upon a single course of conduct. All of these actions involve the judgement registered at 06-80157-CIV-RYSKAMP. Since the complaints present similar issues of law and fact, consolidation of these actions promotes judicial economy by streamlining and simplifying pre-trial and discovery issues, and by reducing waste, confusion, and delay that would result from multiple trials. Consolidation of these actions is thus appropriate. It is therefore,

ORDERED AND ADJUDGED that:

(1) The cases numbered 06-80157-CIV-RYSKAMP and 06-80489-CIV-RYSKAMP shall be consolidated into Case No. 06-80157-CIV-RYSKAMP, for all purposes;

(2) The Clerk of the Court shall CLOSE the case numbered 06-80489-CIV-

---

[1] Case Numbers 06-80576-CIV-RYSKAMP and 07-80115-CIV-RYSKAMP have already been consolidated into 06-80489.

RYSKAMP.

(3) The pre-trial deadlines and trial dates previously entered in 06-80489 shall remain in effect.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 10 day of April, 2008.

        /s/ Kenneth L. Ryskamp
        KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record